UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CRIMINAL ACTION NO. 03-121-JBC**
**(Civil Action No. 05-128-JBC)**

**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**V.**                                          **O R D E R**

**WILLIAM B. BEASLEY,**                                                                      **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd. No objections have been filed to the Report and Recommendation.

This court may give deference to a magistrate judge's factual and legal conclusions when neither party objects to the magistrate judge's conclusions. *Thomas v. Arn*, 474 U.S. 140 (1985). After a review of the record, the court concurs in the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (DE 40) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 (DE 29) is **DENIED**.

Signed on August 23, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY